People of State of Illinois, Defendant in Error, v. Iva Kidd, alias Iva K. Sandusky and Mary Jane Kidd, Plaintiffs in Error.

Gen. No. 9,519.

opinion filed October 29, 1947; opinion modified and rehearing denied January 26, 1948; released for publication January 26, 1948. Walter F. Dodd, John A. McElligott and Lawrence W. Harris, for plaintiffs in error; William T. Henderson, State's Attorney, and Frank J. Meyer and John W. Unger, Assistant State's Attorneys, for defendant in error. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full.